UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Letitia Mack, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br><br>Accelerated Servicing Group LLC,<br>DNF Associates LLC, Brightwater Capital LLC and John Does 1-25.<br>    Defendant(s) | No.: _ 3:20-CV-5455<br><br>**NOTICE OF SETTLEMENT** |

Notice is hereby given that the parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED this 13th day of July, 2020.

> Respectfully submitted,
> By: /s Michael Brubaker
> Michael Brubaker,
> WSBA #49804
> Brubaker Law Group PLLC
> 14506 NE 184th Pl
> Woodinville, WA 98072
> (206) 335-8746
> michael@brubakerlawgroup.com