Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LETITIA MACK, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>ACCELERATED SERVICING GROUP LLC, *et al.*,<br><br>Defendant(s). | NO. 3:20-cv-05455-RAJ<br><br>ORDER OF DISMISSAL |

THE COURT having been notified of the settlement of this matter and it appearing that no issue remains for the Court's determination, IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and with each party bearing its own costs and attorneys' fees.

DATED this 16th day of September, 2020.

*Richard A. Jones*
─────────────────────────
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1